UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SHAUNA C. OFFIELD, § | |
|    PLAINTIFF § | |
| § | |
| VS. § | |
| §CIVIL ACTION NO. 5:16-CV-238-OLG | |
| § | |
| SOUTHSIDE INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
|    DEFENDANT § | JURY REQUESTED |

JOINT REPORT ON
ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME all parties in the above-styled and numbered cause, and submit this Report on Alternative Dispute Resolution, in accordance with the Order of the Court and pursuant to local Rule CV-88. With respect to this report, said parties show as follows:

I.

The parties have complied with the provision in the Court's Scheduling Order which required Plaintiff to submit a written settlement offer and Defendant to submit a written response to her offer. At this time, the parties feel that further alternative dispute resolution methods are not reasonable or necessary until discovery is completed and all dispositive motions have been filed. At that time, mediation may be appropriate. The parties feel that they can mutually agree upon a private mediator, whose fees will be split evenly between Plaintiff and Defendant. The undersigned counsel have advised their clients of the availability of mediation.

Respectfully submitted,

WALSH GALLEGOS,TREVIÑO
RUSSO & KYLE, P.C.
100 NE Loop 410, Suite 900
San Antonio, Texas 78216
Tel No.: (210) 979-6633
Fax No.: (210) 979-7024

By:   /s/ D. CRAIG WOOD
D. CRAIG WOOD
State Bar No. 21888700
cwood@wabsa.com
KATIE E. PAYNE
State Bar No. 24071347
kpayne@wabsa.com

**ATTORNEYS FOR DEFENDANT
SOUTHSIDE INDEPENDENT SCHOOL**

/s/ Gustavo L. Acevedo, Jr.
Gustavo L. Acevedo, Jr.
State Bar No. 00829805
E-mail: GLAcevedo@aol.com
GUSTAVO L. ACEVEDO, JR.
814 Del Oro Lane
Pharr, Texas 78577
Tel No.: (956) 787-4441
Fax No.: (956) 787-4499

Rolando Rios
State Bar No. 16935900
E-mail: RRios@RolandoRiosLaw.com
ROLANDO L. RIOS & ASSOCIATES, PLLC
115 East Travis Street, Suite 1645
San Antonio, Texas 78205
Tel No.: (210) 222-2102
Fax No.: (210) 222-2898

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 30th day of June, 2017, a true and correct copy of the foregoing Joint Report on Alternative Dispute Resolution was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Rolando L. Rios
Rolando L. Rios & Associates, PLLC
115 East Travis Street, Suite 1645
San Antonio, Texas 78205

Gustavo L. Acevedo, Jr.
814 Del Oro Lane
Pharr, Texas 78577

                                                 /s/ D. Craig Wood
                                                 D. CRAIG WOOD